UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MICHAEL KENNEDY

    Plaintiff,

V.

                              CIVIL ACTION NO. L-10-3005

I.C. SYSTEM, INCORPORATED

    Defendant.                               DECEMBER 6, 2010

## NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                      THE PLAINTIFF

                                                      BY/S/Bernard T. Kennedy
                                                      Bernard T. Kennedy, Esquire
                                                      The Kennedy Law Firm
                                                      P.O. Box 657
                                                      Edgewater, MD 21037
                                                      Ph (443) 607-8901
                                                      Fax (443) 607-8903
                                                      Fed. Bar # Md26843
                                                      bernardtkennedy@yahoo.com

APPROVED THIS 6th DAY OF December 2010

_Benson Everett Legg_
BENSON EVERETT LEGG, U.S.D.J.